**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA - ORLANDO DIVISION**

IN RE:

Edwin Martinez and Debbie Anne
Martinez f/k/a Debbie Anne Sequeira,
    Debtor(s).

CASE NO. 6:09-bk-08452-KSJ
CHAPTER 7 CASE

**AURORA LOAN SERVICES'**
**MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

---

**NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING**

**Pursuant to Local Rule 2002-4, the Court will consider this motion without further notice or hearing unless a party in interest files an objection within 21 days from the date of service of this paper. If you object to the relief requested in this paper, you must file your Objection with the Clerk of the Court at 135 W. Central Boulevard, Suite 950, Orlando, FL 32801, and serve a copy on the movant's attorney, Taji S. Foreman, Esq., at Law Offices of David J. Stern, P.A., 900 South Pine Island Road, Suite 400, Plantation, FL 33324.**

**If you file and serve an objection within the time permitted, the Court will schedule a hearing and you will be notified. If you do not file an objection within the time permitted, the Court will consider that you do not oppose the granting of the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.**

---

    **COMES NOW,** Aurora Loan Services, LLC., its Successors and/or Assigns ("Secured Creditor"), by and through its undersigned counsel, as and for its Motion for Relief from the Automatic Stay, and states as follows:

    1.    The Court has jurisdiction over this matter pursuant to 11 U.S.C. § 362, FRBP 4001(a) and the various other applicable provisions of the United States Bankruptcy Code, Federal Rules of Bankruptcy Procedure and the laws of the United States of America.

    2.    The Debtors filed a voluntary petition pursuant to Chapter 7 of the Bankruptcy Code on June 16, 2009.

3. Secured Creditor holds a security interest in the Debtors' real property located at 3477 Victoria Pines Drive, Unit 217, Orlando, Florida 32829, by virtue of a Mortgage which is recorded in the Public Records of Orange County, Florida in Book 8627 at Page 2870. Said Mortgage secures a Note in the amount of $181,795.00. Copies of the relevant loan documents are attached hereto as Exhibit "A".

4. The aforementioned Mortgage gives Secured Creditor a first mortgage position on property legally described as:

**UNIT 217, PHASE 17, VICTORIA PINES CONDOMINIUM, A CONDOMINIUM ACCORDING TO THE DECLARATION OF CONDOMINIUM THEREOF, AS RECORDED IN OFFICIAL RECORDS BOOK 8387, PAGE 3089, AND ANY AMENDMENTS THEREOF; TOGETHER WITH AN UNDIVIDED INTEREST IN THE COMMON ELEMENTS DECLARED IN SAID DECLARATION OF CONDOMINIUM TO BE APPURTENANCE TO THE ABOVE DESCRIBED UNIT; SAID INSTRUMENTS BEING RECORDED AND SAID LAND SITUATE, LYING AND BEING IN ORANGE COUNTY, FLORIDA.**

5. Upon information and belief, said property has not been claimed exempt by the Debtors. The property has been abandoned by the Trustee.

6. The Debtors are indebted to Secured Creditor in the amount of $192,089.66 principal balance, with interest accruing at the rate of $32.89 *per diem*, plus other fees and costs advanced by the mortgagee pursuant to the loan documents. See Affidavit of Indebtedness attached hereto.

7. Payments pursuant to the aforementioned Mortgage have been in default, and remain in default, since September1, 2008.

8. Thus, the Debtors have failed to adequately protect the interest of Secured Creditor.

9. Secured Creditor's security interest in the subject property is being significantly jeopardized by the Debtors' failure to make regular payments under the subject loan documents while Secured Creditor is prohibited from pursuing lawful remedies to protect such security interest.

10. Therefore, Secured Creditor maintains that cause exists pursuant to 11 U.S.C. § 362(d)(1) for the automatic stay to be lifted.

11.     Secured Creditor further requests that the Court Order entered pursuant to the instant Motion provide that all communications sent by Secured Creditor in connection with proceeding against the property including, but not limited to, notices required by state law and communications to offer and provide information with regard to a potential Forbearance Agreement, Loan Modification, Refinance Agreement, Loss Mitigation Agreement or other Loan Workout, may be sent directly to the Debtor.

12.     Pursuant to 11 U.S.C. § 362(e), Secured Creditor hereby requests that in the event a hearing is necessary, that said hearing be held within thirty (30) days.

13.     Secured Creditor has incurred attorneys' fees and costs as a result of the necessity of filing this Motion.  Secured Creditor's attorneys' fees and costs are recoverable as part of the debt pursuant to the loan documents.

**WHEREFORE**, Secured Creditor respectfully requests that the automatic stay be lifted so that Secured Creditor may be permitted to protect its security interest in the Debtors' property outside of the bankruptcy forum, that in the event that a hearing is necessary on this Motion that said hearing be held within thirty (30) days, that Secured Creditor's attorneys' fees and costs incurred in filing this Motion be recoverable as part of the debt pursuant to the loan documents under the remedies available therein but shall not be a personal liability of the Debtor, and for such other and further relief as the Court may deem just and proper.

Respectfully Submitted:

LAW OFFICES OF DAVID J. STERN, P. A.
Attorney for Aurora Loan Services
900 South Pine Island Road, Suite 400
Plantation, FL 33324-3920
Phone: (954) 233-8000 / Extension 1170
Fax:    (954) 233-8104


/s/ Taji S. Foreman
Taji S. Foreman, Esq.
FBN 0058606

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Motion for Relief from the Automatic Stay was served electronically or by U.S. mail, first-class postage prepaid, to:

Edwin Martinez and Debbie Anne Martinez f/k/a Debbie Anne Sequeira
2508 River Ridge Drive, Orlando, Florida 32825

Carla Musselman, Trustee
1619 Druid Road, Maitland, Florida 32751

U.S. Trustee
United States Trustee - ORL7
135 West Central Boulevard, Suite 620, Orlando, Florida 32801

Astrid M. Vellon, Esq.
The Law Offices of Astrid Vellon, P.A., 1500 South Semoran Boulevard, Orlando, Florida 32807

This 25th day of August, 2009.

          Respectfully Submitted:

          LAW OFFICES OF DAVID J. STERN, P. A.
          Attorney for Aurora Loan Services
          900 South Pine Island Road, Suite 400
          Plantation, FL 33324-3920
          Phone: (954) 233-8000 / Extension 1170
          Fax:   (954) 233-8104

          /s/ Taji S. Foreman
          Taji S. Foreman, Esq.
          FBN 0058606

08-11645 (ALS).mfr